# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0552
_____

RICO JONES,

    Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

May 14, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rico Jones, pro se, Appellant.

Alex Arthur Christiano, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.